3 A.3d 1221

IN THE MATTER OF A. DENNIS TERRELL, A/K/A
ARTHUR D. TERRELL, AN ATTORNEY AT
LAW (ATTORNEY NO. 240611967).

October 6, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–052, concluding that **A. DENNIS TERRELL, a/k/a ARTHUR D. TERRELL,** of **FLORHAM PARK,** who was admitted to the bar of this State in 1967, should be admonished for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **A. DENNIS TERRELL, a/k/a ARTHUR D. TERRELL,** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.